## Brisben Wall, Plff. in Err., *v.* Wilson Wall.

Existence of fraud in fact is a question for the jury.

(Decided January 4, 1886.)

Error to the Court of Common Pleas, No. 1, of Allegheny County. Affirmed.

*George R. Lawrence* for plaintiff in error.

*J. S. & A. P. Morrison* for defendant in error.

PER CURIAM:
This case was well submitted to the jury. There was no fraud in law in the transaction. Whether there was any in fact was for the jury to find. The assignments of error are not sustained.

Judgment affirmed.